SCOTT J. FERRELL, Bar No. 202091
LISA A. WEGNER, Bar No. 209917
CALL, JENSEN & FERRELL
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
(949) 717-3000

Attorneys for Del Taco, Inc. dba DEL TACO #140;
     YUKATA MIURA and MARY MIURA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>       Plaintiff,<br><br>vs.<br><br>DEL TACO, INC. dba DEL TACO #140; YUKATA MIURA and MARY MIURA; and DOES 1 through 10,<br><br>       Defendants. | Case No.  CIVS-04-1337 DFL (CMK)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL FURTHER RESPONSE TO SPECIAL INTERROGATORIES**<br><br>Date:  August 16, 2005<br>Time:  10:00 a.m.<br>Place: Redding |

Complaint Filed:  August 10, 2004
Trial Date:          April 3, 2006

The Motion to Compel Supplemental Response to Defendant Del Taco's Second Set of Interrogatories Propounded on Plaintiff James Sanford ("Motion") filed by Defendant Del Taco, Inc. dba Del Taco # 140 ("Defendant") came on regularly for hearing on August 16, 2005 at 10:00 a.m., before the Honorable Craig M. Kellison of the above-entitled Court, located at 2986 Bechelli Lane, Redding, California.  Lisa A.

1  Wegner of Call, Jensen & Ferrell appeared on behalf of Defendant. Mark Emmett of
2  the Law Offices of Lynn Hubbard appeared on behalf of Plaintiff James Sanford
3  ("Plaintiff").
4  After full consideration of the papers filed in support and opposition to the
5  Motion, the Joint Statement setting forth the parties' discovery disagreements with
6  respect to the Motion, the declarations in support of the Motion, the other documents on
7  file herein, and the oral argument of counsel, and good cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. Defendant's Motion is hereby GRANTED.
2. Plaintiff is hereby ordered to provide, within seven (7) calendar days of the date of this Court's ruling on the Motion, a further and complete response, without objections, to Special Interrogatory No. 19 from Defendant's Second Set of Special Interrogatories, seeking the identity of the preparer of the Site Inspection Report attached to Plaintiff's complaint as Exhibit A.

**SO ORDERED.**

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

CALL, JENSEN & FERRELL
A PROFESSIONAL CORPORATION

TAC01-10:Order re Motion to Compel:8-24-05      - 2 -
**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL FURTHER RESPONSE TO SPECIAL INTERROGATORIES**