1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD, IV, SBN 212970
2  **LAW OFFICES OF LYNN HUBBARD**
   12 WILLIAMSBURG LANE
3  CHICO, CA. 95926
   TELEPHONE: (530) 895-3252            **OK/HAV**
4  FACSIMILE: (530) 894-8244

5  Attorney for Plaintiff JAMES SANFORD

8                    **UNITED STATES DISTRICT COURT**

9                    **EASTERN DISTRICT OF CALIFORNIA**

11 JAMES SANFORD,                    | Case No. CIV.S 04-1337 DFL CMK
12     Plaintiff,                    | **JOINT STIPULATION AND**
13     vs.                           | **[PROPOSED] ORDER TO CONTINUE**
                                     | **PRETRIAL/TRIAL DATES**
14
15 DEL TACO, DBA DEL TACO #140;
   YUTAKA MIURA AND MARY
16 MIURA,
17     Defendants.

                                     Complaint Filed:  July 13, 2004
                                     Pretrial Date:   March 10, 2006

- 1 -
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL/TRIAL DATES

PDF created with pdfFactory trial version www.pdffactory.com

# **STIPULATION**

WHEREAS, the parties desire that the Court continue the pretrial conference date of March 10, 2006 so that they will not need to expend substantial time, resources, and expense preparing for trial in light of the possibility that the case will be adjudicated on summary judgment and due to the planned absence of trial counsel for defendants, Lisa Wegner, from February 23, 2006 to March 3, 2006.

THEREFORE, the parties jointly stipulate and request that this Court enter an order as follows:

1. The pretrial conference date of March 10, 2006 shall be continued to April 28, 2006 at 3:00 p.m.;

2. The joint pretrial statement shall be due on April 21, 2006;

3. The trial date of April 25, 2006 shall be continued to June 5, 2006 at 9:00 a.m.

4. This stipulation shall not affect any deadlines that have already passed.

IT IS SO STIPULATED

Dated:  February 22, 2006          LAW OFFICES OF LYNN J. HUBBARD, III


By: /s/ Lynn Hubbard, III
    Lynn Hubbard, III
Attorneys for Plaintiff JAMES SANFORD

Dated:  February 21, 2006          CALL, JENSEN & FERRELL


By: /s/ Lisa A. Wegner
    Lisa A. Wegner
Attorneys for Defendants DEL TACO, INC. DBA DEL TACO #140 and YUTAKA MIURA and MARY MIURA

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

IT IS THEREFORE ORDERED that:

1. The pretrial conference hearing is continued to April 28, 2006 at 3:00 p.m.;
2. The joint pretrial statement shall be due on April 21, 2006;
3. The trial date is continued to June 5, 2006 at 9:00 a.m.;
4. This stipulation shall not affect any deadlines that have already passed.

DATED:   2/24/2006

_____
DAVID F. LEVI
United States District Judge

- 3 -
JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRETRIAL/TRIAL DATES

PDF created with pdfFactory trial version www.pdffactory.com