IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, | No. Civ. S-04-1337 DFL CMK |
| Plaintiff, | O R D E R |
| v. | |
| DEL TACO, INC. dba DEL TACO #140; YUTAKA MIURA and MARY MIURA; and DOES 1 through 10, | |
| Defendant. | |
| _____/ | |

| | |
|---|---|
| JAMES SANFORD, | No. Civ. S-06-1635 GEB GGH |
| Plaintiff, | |
| v. | |
| DEL TACO, INC. dba DEL TACO #140; YUTAKA MIURA and MARY MIURA; and DOES 1 through 10, | |
| Defendant. | |
| _____/ | |

1

PDF created with pdfFactory trial version www.pdffactory.com

Examination of the above-entitled actions reveals that they are not related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997).  Although the two cases involve the same parties, counsel and premises, the issues they present are entirely distinct.  Therefore, the court finds that the two cases are NOT RELATED.

IT IS SO ORDERED.
Dated:  September 22, 2006

/s/ David F. Levi_____
DAVID F. LEVI
United States District Judge

2

PDF created with pdfFactory trial version www.pdffactory.com